**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1667**

In re:  DEANNDRE KEENE,

       Petitioner.

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Baltimore.  (1:24-cv-03040-MJM)

Submitted:  June 27, 2025                                      Decided:  July 7, 2025

Before KING, WYNN, and HEYTENS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Deanndre Keene, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deanndre Keene petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on several of her postjudgment motions in her employment discrimination action. She seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*